ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS
   \*    OF MARYLAND
       Petitioner    \*
   \*
v.    \*    Misc. Docket AG
   \*
JEFF A. GODFREY    \*    No. 0037
   \*
       Respondent    \*    September Term, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

This matter came before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of an Order entered May 16, 2017, whereby the Supreme Court of Appeals of West Virginia annulled the license to practice law in West Virginia of Jeff A. Godfrey, a member of this Court's Bar. By this Court's Order dated October 31, 2017, Mr. Godfrey was suspended from practicing law in Maryland, effective immediately, pursuant to Maryland Rule 19-737(d), pending further order of the Court. Having now considered Bar Counsel's response to this Court's Show Cause Order dated February 8, 2018, and it appearing that Mr. Godfrey has failed to respond to the Show Cause Order, it is this  19th  day of  April , 2018,

ORDERED, by the Court of Appeals of Maryland, that Jeff A. Godfrey, Respondent, is hereby disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall issue notice of this final disposition in accordance with Maryland Rule 19-761(b).

/s/ Mary Ellen Barbera
Chief Judge